IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Dina K. Richards and Timothy R. Richards, <br><br> Plaintiffs, <br> vs. <br><br> Lennar Carolinas, LLC and Lennar Mortgage, LLC. <br><br> Defendants, | Civil Action No. 4:23-cv-02525-JD <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **(Ends the Case)** |

COME NOW, Plaintiffs, *Dina K Richards and Timothy R. Richards*, and Defendants *Lennar Carolinas, LLC and Lennar Mortgage, LLC,* by and through their respective undersigned counsel, and hereby jointly stipulate to the dismissal of this case, *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The Parties agree to bear their respective attorneys' fees and costs. The filing of this Stipulation of Dismissal ends the case.

**WE SO CONSENT:**

*s/ Jamie W. Morehead*
Thomas W. Winslow, Esquire
Jamie W. Morehead
11019 Ocean Highway
Pawleys Island, SC 29585
T: (843) 357-9301
F: (843) 357-9303
Tom@winslowlawyers.com
*Attorneys for Plaintiffs*

**WE SO CONSENT:**

*s/ Lawrence M. Hershon*
Lawrence M. Hershon, Esquire (Fed. ID No. 10404)
The Hershon Law Firm, P.A.
1565 Sam Rittenberg Blvd., Suite 103
Charleston, SC 29407
Tel: 843-829-2022
Fax: 843-829-2023
lawrence@hershonlawfirm.com

**WE SO CONSENT:**

*s/ Katon Dawson*
James Lynn Werner (Fed. Bar. No. #1079)
Katon E. Dawson Jr. (Fed. ID #12297)
Parker Poe Adams & Bernstein LLP
1221 Main St., Ste. 1100
Columbia, South Carolina 29201
Telephone: (803) 253-8000
jimwerner@parkerpoe.com
katondawson@parkerpoe.com
*Attorneys for Lennar Carolinas, LLC*

*Attorney for Defendant Lennar Mortgage, LLC*